UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:10-cr-36 |
| | ) | |
| ROBERT W. REEMSNYDER | ) | Judge Mattice |
| | ) | |

## ORDER

Defendant filed a Motion to Suppress [Court Doc. 17] on January 26, 2011, which was referred to United States Magistrate Judge Susan K. Lee pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). After an evidentiary hearing on Defendant's Motion, Magistrate Judge Lee filed her Report and Recommendation [Court Doc. 25] on March 18, 2011 and recommended that Defendant's Motion to Suppress be denied. Neither party filed objections within the given 14 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS and ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and **ORDERS** that Defendant's Motion to Suppress [Court Doc. 17] is **DENIED**.

**SO ORDERED** this 8th day of April, 2011.

                                            */s/Harry S. Mattice, Jr.*
                                            HARRY S. MATTICE, JR.
                                            UNITED STATES DISTRICT JUDGE